

FILED

MAR X 2 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAONE PHARMACEUTICAL, | No. C 99-02169 SI |
| Plaintiff, | **ORDER** |
| v. | |
| SONORAN DESERT CHEM, ET AL, | |
| Defendant. | |

IT IS HEREBY ORDERED that this case shall be referred to the Court's E.Filing (ECF) Program. All filings shall be made in compliance with General Order 45.

Dated: 3/1/06

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALPHAONE PHARMACEUTICALS,

    Plaintiff,

v.

SONORAN DESERT CHEMICALS,

    Defendant.
_____/

Case Number: CV99-02169 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darren Lezdey
John Lezdey & Associates
4625 E Bay Drive
Ste 302
Clearwater, FL 33764

Douglas J. Rovens
Rovens Lamb LLP
550 South Hope Street, Suite 1600
Los Angeles, CA 90017

Jarett Lezdey
1018 Laurel Oak Road
Suite 4
Voorhees, NJ 8043

Kurt E. Springmann
Michael A. Jacobs
Morrison & Foerster LLP
425 Market St
San Francisco, CA 94105

Richard J. Collier
Titchell Maltzman Mark & Ohleyer
650 California St
25th Flr
San Francisco, CA 94108

Dated: March 2, 2006

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk