| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664)<br>GRANT L. KIM (SBN 114989) |
| 2 | JASON A. CROTTY (SBN 196036)<br>MORRISON & FOERSTER LLP |
| 3 | 425 Market Street<br>San Francisco, California 94105-2482 |
| 4 | Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| 7 | RICHARD J. COLLIER (SBN 88114)<br>TITCHELL, MALTZMAN, MARK & OHLEYER |
| 8 | A Professional Corporation<br>650 California Street, 25th Floor |
| 9 | San Francisco, California 94108<br>Telephone: (415) 392-5600 |
| 10 | Facsimile: (415) 981-5027 |
| 11 | DOUGLAS J. ROVENS (SBN 106582)<br>STEVEN A. LAMB (SBN 132534) |
| 12 | JOHN STEELE (SBN 179875)<br>ROVENS LAMB LLP |
| 13 | 660 South Figueroa Street, Suite 1900<br>Los Angeles, California 90017 |
| 14 | Telephone: (213) 895-4150<br>Facsimile: (213) 895-4155 |
| 15 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARRIVA PHARMACEUTICALS, INC. fka ALPHAONE PHARMACEUTICALS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONORAN DESERT CHEMICALS, L.L.C., a Nevada limited liability company; et al.,<br><br>Defendants. | No. C 99-2169-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND RESPONSE TO COUNTERCLAIM**<br><br>Date: March 24, 2006<br>Time: 2:30 p.m.<br>Courtroom 10: Hon. Susan Illston |

1  Plaintiff, Arriva Pharmaceuticals, Inc. fka AlphaOne Pharmaceuticals, Inc. ("Arriva"), and
2  Defendants, Sonoran Desert Chemicals, L.L.C. ("Sonoran") and John Lezdey ("Lezdey"), hereby
3  submit this Joint Stipulation and Proposed Order regarding Case Management Conference and
4  Response to Counterclaim. At the case management conference on February 24, 2006, the Court
5  lifted the stay of this action, directed the parties to meet and confer to develop a case management
6  plan, and scheduled a case management conference for March 24, 2006. The Court also directed
7  Baxter Healthcare Corporation ("Baxter"), a defendant to the counterclaim of Sonoran and Lezdey
8  that has not yet formally appeared in this action, to respond to the counterclaim within 30 days, or
9  by March 27, 2006.
10  Counsel for Arriva and for Sonoran and Lezdey have met and conferred on the case
11  management schedule. The parties believe that it would be helpful to continue the case
12  management conference until April 14, 2006, to provide sufficient time for the parties to consider
13  and discuss certain issues. The parties have also agreed, subject to the Court's approval, that Arriva
14  will respond to the counterclaim of Sonoran and Lezdey by April 7, 2006, and that the same date
15  shall apply to the response of Baxter.
16  IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their
17  counsel of record, and subject to the Court's approval, that:
18  1. The Case Management Conference currently scheduled for March 24, 2006, shall be
19     continued until April 14, 2006, at 2:30 p.m.;
20  2. The parties shall file a Joint Case Management Statement one week before the Case
21     Management Conference; and
22  3. Defendants Arriva and Baxter shall respond to the counterclaim of Sonoran and
23     Lezdey on or before April 7, 2006.
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CMC AND RESPONSE TO COUNTERCLAIM     1
NO. C 99-2169-SI
SF-2097309

| | | |
|---|---|---|
| 1 | Dated: March 17, 2006 | MICHAEL A. JACOBS |
| | | GRANT L. KIM |
| 2 | | JASON A. CROTTY |
| | | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | |
| | | By: s/ Grant L. Kim |
| 5 | | Grant L. Kim |
| 6 | | Attorneys for Plaintiff |
| 7 | Dated: March 17, 2006 | RICHARD J. COLLIER |
| | | TITCHELL, MALTZMAN, MARK & OHLEYER |
| 8 | | |
| | | DOUGLAS J. ROVENS |
| 9 | | STEVEN A. LAMB |
| | | JOHN STEELE |
| 10 | | ROVENS LAMB LLP |
| 11 | | |
| 12 | | By: s/ John Steele |
| | | John Steele |
| 13 | | |
| | | Attorneys for Defendants |
| 14 | | |

I, Grant L. Kim, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Case Management Conference and Response to Counterclaim. In compliance with General Order 45, X.B., I hereby attest that John Steele has concurred in this filing.

Dated: March 17, 2006

                                            MORRISON & FOERSTER LLP

                                            By: s/ Grant L. Kim
                                                               Grant L. Kim

                                                          Attorneys for Plaintiff

<pre>
 1                        [PROPOSED] ORDER
 2        PURSUANT TO THE PARTIES' JOINT STIPULATION, the Case Management
 3  Conference is continued to April 14, 2006, at 2:30 p.m., and Defendants Arriva and Baxter shall
 4  respond to the counterclaim of Sonoran and Lezdey on or before April 7, 2006.
 5        Dated: March ___, 2006
 6                                              _____
 7                                              Honorable Susan Illston
                                                United States District Court Judge
</pre>