| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
| | GRANT L. KIM (SBN 114989) |
| 2 | JASON A. CROTTY (SBN 196036) |
| | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 4 | Telephone: (415) 268-7000 |
| | Facsimile: (415) 268-7522 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | |
| | RICHARD J. COLLIER (SBN 88114) |
| 7 | TITCHELL, MALTZMAN, MARK & OHLEYER |
| | A Professional Corporation |
| 8 | 650 California Street, 25th Floor |
| | San Francisco, California 94108 |
| 9 | Telephone: (415) 392-5600 |
| | Facsimile: (415) 981-5027 |
| 10 | |
| | DOUGLAS J. ROVENS (SBN 106582) |
| 11 | STEVEN A. LAMB (SBN 132534) |
| | JOHN STEELE (SBN 179875) |
| 12 | ROVENS LAMB LLP |
| | 660 South Figueroa Street, Suite 1900 |
| 13 | Los Angeles, California 90017 |
| | Telephone: (213) 895-4150 |
| 14 | Facsimile: (213) 895-4155 |
| 15 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARRIVA PHARMACEUTICALS, INC. fka ALPHAONE PHARMACEUTICALS, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SONORAN DESERT CHEMICALS, L.L.C., a Nevada limited liability company; et al.,<br><br>  Defendants. | No. C 99-2169-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND RESPONSE TO COUNTERCLAIM**<br><br>Date: April 14, 2006<br>Time: 2:30 p.m.<br>Courtroom 10: Hon. Susan Illston |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CMC AND RESPONSE TO COUNTERCLAIM
NO. C 99-2169-SI
sf-2109115

| | | |
|---|---|---|
| 1 | | Plaintiff, Arriva Pharmaceuticals, Inc. fka AlphaOne Pharmaceuticals, Inc. ("Arriva"), and |
| 2 | Defendants, Sonoran Desert Chemicals, L.L.C. ("Sonoran") and John Lezdey ("Lezdey"), hereby |
| 3 | submit this Joint Stipulation and Proposed Order regarding Case Management Conference and |
| 4 | Response to Counterclaim.  Sonoran and Lezdey have proposed that the Case Management |
| 5 | Conference currently scheduled for April 14, 2006, be rescheduled for April 28, 2006, because the |
| 6 | Florida court may issue its ruling on the post-trial motions in the related Florida litigation within |
| 7 | this time frame, as those motions have been fully briefed, argued, and submitted for decision. |
| 8 | Arriva does not oppose this request, provided that a related adjustment is made to the date for |
| 9 | responding to the counterclaim of Sonoran and Lezdey.  Accordingly, |
| 10 | | IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their |
| 11 | counsel of record, and subject to the Court's approval, that: |
| 12 | 1. | The Case Management Conference currently scheduled for April 14, 2006, shall be |
| 13 | | continued until April 28, 2006, at 2:30 p.m.; |
| 14 | 2. | The parties shall file a Joint Case Management Statement one week before the Case |
| 15 | | Management Conference; and |
| 16 | 3. | Defendants Arriva and Baxter shall respond to the counterclaim of Sonoran and |
| 17 | | Lezdey on or before April 14, 2006. |
| 18 | | Dated:  April 6, 2006 |

                                            MICHAEL A. JACOBS
                                            GRANT L. KIM
                                            JASON A. CROTTY
                                            MORRISON & FOERSTER LLP

                                            By:  s/ Grant L. Kim
                                                      Grant L. Kim

                                            Attorneys for Plaintiff

Dated: April 6, 2006

                                          RICHARD J. COLLIER
                                        TITCHELL, MALTZMAN, MARK & OHLEYER

                                        DOUGLAS J. ROVENS
                                        STEVEN A. LAMB
                                        JOHN STEELE
                                        ROVENS LAMB LLP

By:  s/ John Steele
            John Steele

Attorneys for Defendants

I, Grant L. Kim, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Case Management Conference and Response to Counterclaim. In compliance with General Order 45, X.B., I hereby attest that John Steele has concurred in this filing.

Dated: April 6, 2006

                                        MORRISON & FOERSTER LLP

By:  s/ Grant L. Kim
            Grant L. Kim

Attorneys for Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' JOINT STIPULATION, the Case Management Conference is continued to ~~April 28,~~ May 12 2006, at 2:30 p.m., and Defendants Arriva and Baxter shall respond to the counterclaim of Sonoran and Lezdey on or before April 14, 2006.

Dated: April ___, 2006

                                        Honorable Susan Illston
                                        United States District Court Judge