| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
|   | GRANT L. KIM (SBN 114989) |
| 2 | JASON A. CROTTY (SBN 196036) |
|   | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
|   | San Francisco, California 94105-2482 |
| 4 | Telephone: (415) 268-7000 |
|   | Facsimile: (415) 268-7522 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | |
|   | RICHARD J. COLLIER (SBN 88114) |
| 7 | TITCHELL, MALTZMAN, MARK & OHLEYER |
|   | A Professional Corporation |
| 8 | 650 California Street, 25th Floor |
|   | San Francisco, California 94108 |
| 9 | Telephone: (415) 392-5600 |
|   | Facsimile: (415) 981-5027 |
| 10 | |
|   | DOUGLAS J. ROVENS (SBN 106582) |
| 11 | STEVEN A. LAMB (SBN 132534) |
|   | JOHN STEELE (SBN 179875) |
| 12 | ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP |
|   | 550 South Hope Street, Suite 1600 |
| 13 | Los Angeles, California 90071 |
|   | Telephone: (213) 895-4150 |
| 14 | Facsimile: (213) 895-4155 |
| 15 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARRIVA PHARMACEUTICALS, INC. fka ALPHAONE PHARMACEUTICALS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SONORAN DESERT CHEMICALS, L.L.C., a Nevada limited liability company, et al., <br><br> Defendants. | No.     C 99-2169-SI <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** <br><br> Date:         May 12, 2006 <br> Time:        2:30 p.m. <br> Courtroom 10: Hon. Susan Illston |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE
NO. C 99-2169-SI
SF-2124993

| | |
|---|---|
| 1 | Plaintiff, Arriva Pharmaceuticals, Inc. fka AlphaOne Pharmaceuticals, Inc. ("Arriva"), and |
| 2 | Defendants, Sonoran Desert Chemicals, L.L.C. ("Sonoran") and John Lezdey ("Lezdey"), hereby |
| 3 | submit this Joint Stipulation and Proposed Order to continue the Case Management Conference that |
| 4 | is currently scheduled for May 12, 2006 by four weeks, resulting in a new date of June 9, 2006. |
| 5 | The reason for this request is that the parties' positions regarding the case management schedule |
| 6 | may be affected by Arriva's pending motion to dismiss the declaratory relief counterclaims of |
| 7 | Lezdey and Sonoran, which is set for hearing on the morning of June 9, 2006. The parties propose |
| 8 | to schedule the Case Management Conference for the afternoon of June 9, after the hearing on the |
| 9 | motion to dismiss. Accordingly, |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their counsel of record, and subject to the Court's approval, that:

1. The Case Management Conference currently scheduled for May 12, 2006, shall be continued until June 9, 2006, at 2:30 p.m.; and

2. The parties shall file a Joint Case Management Statement one week before the Case Management Conference.

Dated: May 4, 2006

MICHAEL A. JACOBS
GRANT L. KIM
JASON A. CROTTY
MORRISON & FOERSTER LLP

By: s/ Grant L. Kim
       Grant L. Kim

Attorneys for Plaintiff

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE    1
NO. C 99-2169-SI
SF-2124993

Dated: May 4, 2006

                                                RICHARD J. COLLIER
TITCHELL, MALTZMAN, MARK & OHLEYER

DOUGLAS J. ROVENS
STEVEN A. LAMB
JOHN STEELE
ZELLE HOFMANN VOELBEL MASON AND GETTE LLP


By: s/ John Steele
                John Steele

Attorneys for Defendants

I, Grant L. Kim, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that John Steele has concurred in this filing.

Dated: May 4, 2006

MORRISON & FOERSTER LLP


By: s/ Grant L. Kim
                Grant L. Kim

Attorneys for Plaintiff

## [PROPOSED] ORDER

PURSUANT TO THE PARTIES' JOINT STIPULATION, the Case Management Conference is continued to June 9, 2006, at 2:30 p.m.

Dated: May ___, 2006

_____
Honorable Susan Illston
United States District Court Judge